UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 17-11678 |
| RHONDA S CRESIE | : | CHAPTER 13 |
| DEBTOR | : | JUDGE HOPKINS |
| | : | **WITHDRAWAL OF THE AMENDED OBJECTION TO PROOF OF CLAIM OF** |
| | : | **US BANK NATIONAL ASSOCIATION SUCCESSOR BY MERGER OF U.S.** |
| | : | **BANK NATIONAL ASSOCIATION ND (Doc. 38 )** |

Come now the debtor, Rhonda S. Cresie, and respectfully withdraws the Objection to Proof of Claim of US Bank National Association Successor by Merger of U.S. Bank National Association ND (Doc. 38).

Respectfully Submitted,

/s/Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Amourgis & Associates
300 E. Business Way, Suite 200
Cincinnati, OH 45241
(513)826-4408/(614) 987-2086 (Fax)
msimons@amourgis.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal of Objection to Proof of Claim was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 6th day of December, 2017.

/s/Molly Slutsky Simons
Attorney for Debtor
Molly Slutsky Simons (0083702)

<u>Served Electronically via ECF</u>:

Margaret A. Burks, Esq.
Chapter 13 Trustee
Cincinnati@cinn13.org

U.S. Trustee
Ustpregion09.ci.ecf@usdoj.gov

<u>Served by Regular U.S. Mail</u>:

Rhonda S Cresie
4314 Delridge Dr.
Cincinnati, OH 45205

U.S. Bank Home Mortgage
4801 Frederica Street
Owensboro, Kentucky 42301